# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

RUFUS ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2026-0095

———————————————

July 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KELLY and GUARD, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.